UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


MALCOLM BRIAN POPE,                                    )
                                                                          )
                    Plaintiff,                                         )
                                                                          )          **JUDGMENT IN A CIVIL CASE**
        v.                                                             )
                                                                          )          **CASE NO. 5:14-CV-473-D**
CAROLYN W. COLVIN, Acting Commissioner of    )
Social Security,                                                    )
                                                                          )
                    Defendant.                                      )


**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's motion for judgment on the pleadings is GRANTED, defendant's motion for judgment on the pleadings is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).


**This Judgment Filed and Entered on January 20, 2016, and Copies To:**

George C. Piemonte                               (via CM/ECF Notice of Electronic Filing)

Jamie D.C. Dixon                                   (via CM/ECF Notice of Electronic Filing)




DATE:                                                   JULIE RICHARDS JOHNSTON, CLERK

January 20, 2016                                   (By)  /s/ Crystal Jenkins
                                                              Deputy Clerk