UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MALCOLM POPE, )
        Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. )
) **CASE NO. 7:14-CV-473-D**
CAROLYN W. COLVIN, Acting Commissioner )
of Social Security, )
        Defendant. )

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff the sum of $5,700.00, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, George C. Piemonte, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

**This Judgment Filed and Entered on May 10, 2016, and Copies To:**

George C. Piemonte                                                    (via CM/ECF Notice of Electronic Filing)

Jamie D.C. Dixon                                                      (via CM/ECF Notice of Electronic Filing)

DATE:                                                   JULIE RICHARDS JOHNSTON, CLERK
May 10, 2016                               (By) /s/ Nicole Briggeman
                                                                    Deputy Clerk