IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:14-cv-473-D

| | |
|---|---|
| MALCOLM POPE,<br>   Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security,<br>   Defendant. | ORDER |

Plaintiff's counsel filed a motion for approval of attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of $10,826.50. Attorney's fees under section 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b). Plaintiff has previously been awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $5.700.00 (ECF No. 39).

Defendant filed a response stating that, under <u>Gisbrecht v. Barnhart</u>, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $ 10,000 , and refund to Plaintiff the smaller award between this amount and the EAJA award.

SO ORDERED. This 29 day of December 2017.

              JAMES C. DEVER III
              Chief United States District Judge